AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____ 0 5 - 4 5 4 _____

# ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

I HEREBY ACKNOWLEDGE RECEIPT OF __2__ COPIES OF AO FORM 85.

__June 30, 2005__  
(Date forms issued)

_____[signature]_____  
(Signature of Party or their Representative)

__Peter E. Hess__  
(Printed name of Party or their Representative)

Plaintiff's Attorney

Note: Completed receipt will be filed in the Civil Action