## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **MICHAEL ROBERTS** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| **v.** | : | |
| **ALTAIR LINES, S.A.** | : | **NO.: 05-cv-0454 (GMS)** |
| **Defendant.** | : | |

## <u>ORDER</u>

AND NOW this _____ day of _____, 2006, it is hereby ORDERED that Defendant's Uncontested Motion for Leave to Join Third-Party Defendant Active Crane Rentals, Inc. is GRANTED, and it is hereby ORDERED that Defendant Altair Lines S.A. is granted leave to file a Third-Party Complaint against Active Crane Rentals, Inc. in the form attached to the within motion.

### BY THE COURT

_____ **J.**