## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2006, I electronically filed the foregoing Motion For Leave to File Third-Party Complaint and accompanying Brief in Support using CM/ECF which will send notification of such filing to:

>   Peter E. Hess, Esquire
>   Law Offices of Peter E. Hess
>   P.O. Box 514
>   Wilmington, DE 19803

I further certify that a courtesy copy of the foregoing has been served on the above-listed counsel by first-class mail, postage prepaid.

>   **PALMER BIEZUP & HENDERSON** LLP
>
>   By: /s/ Michael B. McCauley
>       Michael B. McCauley

Dated: January 27, 2006