UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICHAEL ROBERTS | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| ALTAIR LINES, S.A. | : | NO.: 05-cv-0454 (GMS) |
| Defendant. | : | |

ORDER

AND NOW this __31st__ day of __Jan.__, 2006, it is hereby ORDERED that Defendant's Uncontested Motion for Leave to Join Third-Party Defendant Active Crane Rentals, Inc. is GRANTED, and it is hereby ORDERED that Defendant Altair Lines S.A. is granted leave to file a Third-Party Complaint against Active Crane Rentals, Inc. in the form attached to the within motion.

BY THE COURT

_____ J.

FILED
JAN 3 1 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE