AO 441 (Rev. 8/01) Third Party Summons in a Civil Action                                    41184

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

PLAINTIFF

MICHAEL ROBERTS

V. DEFENDANT AND THIRD PARTY PLAINTIFF

ALTAIR LINES S.A
(referred toin Complaint
as M/V SHINANO Reefer in
personam)

V. THIRD PARTY DEFENDANT

ACTIVE CRANE RENTALS, INC.

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

Case Number:

05-454 (GMS)

To: Name and address of Third Party Defendant
Active Crane Rentals, Inc.
103 Water Street-Newport
Wilmington, DE  19804

**YOU ARE HEREBY SUMMONED** and required to serve on

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Peter E. Hess, Esquire<br>Law Offices of Peter E. Hess<br>P.O. Box 514<br>Wilmington, DE  19803 | Michael B. McCauley<br>Palmer, Biezup & Henderson, LLP<br>1223 Foulk Road<br>Wilmington, DE  19803 |

an answer to the third-party complaint which is served on you with this summons, within ___20___ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                    FEB 0 9 2006
CLERK                                              DATE
_Evette Walter_
(By) DEPUTY CLERK
AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 2/17/06 |
|---|---|
| NAME OF SERVER Richard Ehrlich | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Summons & Complaint issued upon Active Crane REntals, Inc. was served at 103 Water Street, Newport, DE and accepted by Anecia Wilson (Dispatch). 302-998-1000

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/17/06
*Date*

*Signature of Server*

Dennis Richman's Services
1617 JFK Blvd., ste. 820
Phila., PA 19103
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.