UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL ROBERTS | : |
| | :    CIVIL ACTION |
| | : |
| v. | :    NO. 05-cv-0454 (GMS) |
| | : |
| ALTAIR LINES S.A. | : |
|        : | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, undersigned counsel moves the admission *pro hac vice* of Richard Q. Whelan, Esq. to represent defendant Altair Lines S.A. in the captioned matter.

PALMER BIEZUP & HENDERSON LLP

By: /s/ Michael B. McCauley
Michael B. McCauley, Esq. (ID# 2416)
Attorney for Defendant Altair Lines S.A.
1223 Foulk Road
Wilmington, Delaware 19803
302 594 0895

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* of Richard Q. Whelan, Esq. is GRANTED.

Dated: _____

_____
United States District Judge

PBH: 181820.1