## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

**MICHAEL ROBERTS**                  :
                                     :       **CIVIL ACTION**
                                     :
**v.**                               :       **NO. 05-cv-0454 (GMS)**
                                     :
**ALTAIR LINES S.A.**                :

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Honorable

Court, am admitted, practicing and in good standing as a member of the Bars of the

Commonwealth of Pennsylvania, the United States District Courts for the Eastern and Middle

Districts of Pennsylvania, the United States Court of Appeals for the Third Circuit, the State of

New York, and the United States District Courts for the Southern and Eastern Districts of New

York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any

alleged misconduct which occurs in the preparation or course of this action. I also certify I am

generally familiar with this Court's local Rules

By: _____

Richard Q. Whelan
Palmer Biezup & Henderson LLP
Suite 956 Public Ledger Building
620 Chestnut Street
Philadelphia, Pa. 19106
(215) 625-7806

Dated:

PBH: 181821.1