## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2006, I electronically filed the foregoing Motion and Order for Admission Pro Hac Vice and accompanying Certification of Richard Q. Whelan, Esq. using CM/ECF which will send notification of such filing to:

> Peter E. Hess, Esquire
> Law Offices of Peter E. Hess
> P.O. Box 7753
> Wilmington, DE 19803-7753

I further certify that a courtesy copy of the foregoing has been served on the above-listed counsel by first-class mail, postage prepaid.

                    **PALMER BIEZUP & HENDERSON LLP**

                    By: /s/ Michael B. McCauley
                        Michael B. McCauley

Dated: March 9, 2006