UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

MICHAEL ROBERTS  :
      v.  :  CIVIL ACTION NO. 05-454 -GMS

ALTAIR LINES S.A.  :
(referred to in Complaint
as M/V SHINANO REEFER *in personam*)  :

      v.  :

ACTIVE CRANE RENTALS, INC.  :

## ORDER

AND NOW this _____ day of _____, 2006, it is hereby ORDERED that Defendant's Motion to Strike Plaintiff's Jury Demand is GRANTED, and it is hereby ORDERED that this matter will proceed as a non-jury case.

**BY THE COURT**

_____
                                                            J.