UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **MICHAEL ROBERTS**, | § § § | CIVIL ACTION NO: 05-cv-0454 (GMS) |
| Plaintiff, | § § | |
| v. | § § | |
| **ALTAIR LINES, S.A.**, | § § § | |
| Defendant/Third-Party Plaintiff, | § § | |
| v. | § § | |
| **ACTIVE CRANE RENTALS, INC.**, | § § § | |
| Third-Party Defendant. | § | |

## ENTRY OF APPEARANCE

WITHOUT WAIVER of any affirmative defenses, including but not limited to insufficiency of process, failure to state a claim upon which relief can be granted and/or statute of limitations;

PLEASE ENTER THE APPEARANCE of Louis J. Rizzo, Jr., Esquire on behalf of Third-Party Defendant Active Crane Rentals, Inc.

**REGER RIZZO KAVULICH & DARNALL LLP**

　　/s/Louis J. Rizzo, Jr., Esquire
Louis J. Rizzo, Jr., Esquire (DE ID# 3374)
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801
(302)　652-3611
Attorney for Third-Party Defendant, Active Crane Rentals, Inc.