UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **MICHAEL ROBERTS**, | § § § | CIVIL ACTION NO: 05-cv-0454 (GMS) |
| Plaintiff, | § § | |
| v. | § § | |
| **ALTAIR LINES, S.A.**, | § § § | |
| Defendant/Third-Party Plaintiff, | § § | |
| v. | § § | |
| **ACTIVE CRANE RENTALS, INC.**, | § § § | |
| Third-Party Defendant. | § | |

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify on this 20th day of March, 2006 that two true and correct copies of the foregoing Entry of Appearance have been served by ECF/PACER upon the following:

Michael B. McCauley, Esquire
Palmer Biezup & Henderson LLP
1223 Foulk Road
Wilmington, DE 19803
Attorney for Altair Lines, S.A.

Peter E. Hess, Esquire
Law Offices of Peter E. Hess
P.O. Box 7753
Wilmington, DE 7753
Attorney for Michael Roberts

Richard Q. Whelan, Esquire
Palmer Biezup & Henderson LLP
956 Public Ledger Building
620 Chestnut Street
Philadelphia, PA 19106
*Pro Hac Vice* Counsel for Altair Lines, S.A.

**REGER RIZZO KAVULICH & DARNALL LLP**

  /s/Louis J. Rizzo, Jr., Esquire
Louis J. Rizzo, Jr., Esquire (DE ID# 3374)
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801
(302) 652-3611
Attorney for Third-Party Defendant, Active Crane Rentals, Inc.