UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **MICHAEL ROBERTS**, | § § § | CIVIL ACTION NO: 05-cv-0454 (GMS) |
| Plaintiff, | § § | |
| v. | § § | |
| **ALTAIR LINES, S.A.**, | § § § | |
| Defendant/Third-Party Plaintiff, | § § | |
| v. | § § | |
| **ACTIVE CRANE RENTALS, INC.**, | § § § | |
| Third-Party Defendant. | § | |

## CERTIFICATE OF SERVICE

I, Louis J. Rizzo, Jr., Esquire, do hereby certify that on this 22nd day of March, 2006 two and true correct copies of the foregoing Motion and Order for Admission Pro Hac Vice were served by ECF/PACER on the following counsel of record:

| | |
|---|---|
| Michael B. McCauley, Esquire<br>Palmer Biezup & Henderson LLP<br>1223 Foulk Road<br>Wilmington, DE 19803<br>Attorney for Altair Lines, S.A. | Peter E. Hess, Esquire<br>Law Offices of Peter E. Hess<br>P.O. Box 7753<br>Wilmington, DE 7753<br>Attorney for Michael Roberts |

**REGER RIZZO KAVULICH & DARNALL LLP**

   /s/Louis J. Rizzo, Jr., Esquire
Louis J. Rizzo, Jr., Esquire (DE ID# 3374)
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801
(302)   652-3611
Attorney for Third-Party Defendant, Active Crane Rentals, Inc.