UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **MICHAEL ROBERTS**, | § § § | CIVIL ACTION NO: 05-cv-0454 (GMS) |
| Plaintiff, | § § | |
| v. | § § | |
| **ALTAIR LINES, S.A.**, | § § § | |
| Defendant/Third-Party Plaintiff, | § § | |
| v. | § § | |
| **ACTIVE CRANE RENTALS, INC.**, | § § § | |
| Third-Party Defendant. | § | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Troy D. Sisum, Esquire to represent Third-Party Defendant, Active Crane Rentals, Inc. in this matter.

REGER RIZZO KAVULICH & DARNALL LLP

Dated: 3/22/06

BY:   /s/ Louis J. Rizzo, Jr., Esquire
Louis J. Rizzo, Jr., Esquire (DE ID #3374)
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801
(302)652-3611
Attorney for Third- Party Defendant, Active Crane Rentals, Inc.

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____          _____
                                 The Honorable Gregory M. Sleet