UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **MICHAEL ROBERTS**, | § § § | CIVIL ACTION NO: 05-cv-0454 (GMS) |
| Plaintiff, | § § | |
| v. | § § | |
| **ALTAIR LINES, S.A.**, | § § § | |
| Defendant/Third-Party Plaintiff, | § § | |
| v. | § § | |
| **ACTIVE CRANE RENTALS, INC.**, | § § § | |
| Third-Party Defendant. | § | |

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of the Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's local rules.

DEASEY, MAHONEY & BENDER, LTD

_____
TROY D. SISUM, ESQUIRE
1800 John F. Kennedy Boulevard
Suite 1300
Philadelphia, PA 19103
(215) 587-9400