IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **MICHAEL ROBERTS,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 05-cv-0454 (GMS) |
| **ALTAIR LINES, S.A.,** | : | |
| Defendant/Third-Party Plaintiff, | : | |
| v. | : | JURY TRIAL DEMANDED |
| **ACTIVE CRANE RENTALS, INC.,** | : | |
| Third-Party Defendant. | : | |

    The undersigned attorney hereby certifies that a true and correct copy of Defendant, Active Crane Rental's Answer with Affirmative Defenses and Crossclaim to Plaintiff's Complaint, was served via U.S. first-class mail and electronically, postage prepaid upon all counsel listed below:

| | |
|---|---|
| Michael B. McCauley, Esquire<br>Richard Q. Whelan, Esquire<br>**Palmer, Biezup & Henderson, LLP**<br>1223 Foulk Road<br>Wilmington, DE 19803<br>*Attorneys for Defendant/Third-Party Plaintiff Altair Lines, S.A.* | Peter E. Hess, Esquire<br>**Law Offices of Peter E. Hess**<br>P.O. Box 7753<br>Wilmington, De 19803<br>*Attorneys for Plaintiff, Michael Roberts* |

**REGER RIZZO KAVULICH & DARNALL, LLP**

BY:   /s/ Louis J. Rizzo, Jr.
       LOUIS J. RIZZO, JR., ESQUIRE
       1001 Jefferson Plaza, Suite 202
       Wilmington, DE 19801
       (302) 652-3611
       Attorney for Defendant, Active Crane Rentals, Inc.

Date: March 30, 2006