UNITED STATES DISTRICT COURT

CASE NO.: 05-454 GMS

AFFIDAVIT OF SERVICE

**MICHAEL ROBERTS**

    Plaintiff/Petitioner,

vs.

**MURPHY MARINE SERVICES, INC.**

    Defendant/Respondent.
    _____/

Received by D.M. Professional Services, Inc. on 04/10/2006 at 02:21 PM to be served upon:

**MURPHY MARINE SERVICES, INC.**

**DELAWARE**
    ss.

I, RONALD LENNON, depose and say that:

On 04/12/2006 at 11:07 AM, I served the within SUMMONS AND COMPLAINT on MURPHY MARINE SERVICES, INC. at 1050 CHRISTIANA AVE PORT OF WILMINGTON, Wilmington, DE 19801 in the manner indicated below:

SUITABLE AGE: By delivering a true copy of each to: MRS. WOZNICKI, AUTHORIZED TO ACCEPT a person of suitable age and discretion.

Description of person served:
Sex: Female – Age: 60 – Skin: White – Hair: Brown – Height: 5'4"–5'7" – Weight: 140–160lbs

I declare under penalty of perjury that the information contained herein is true and correct and that this affidavit was execute on this ___12___ day of ___Apr___, 20_06_.

Sworn to and subscribed before me, on this
___12___ day of _____, _____
by an affiant who is personally known to
me or produced identification.

_____
NOTARY PUBLIC

X _Ronald Lennon_
RONALD LENNON
D.M. Professional Services, Inc.
5 Orchard Lane
Wilmington, DE  19809

800.966.3624
Law Firm: REGER, RIZZO, KAVULICH &DARNALL, LLP
Atty File#:  - Our File# 3037