## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICHAEL ROBERTS, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 05-cv-0454 (GMS) |
| ALTAIR LINES, S.A. | : | |
| Defendant/Third-Party Plaintiff, | : | |
| v. | : | |
| ACTIVE CRANE RENTALS, INC. | : | |
| Third-Party Defendant/Fourth-Party Plaintiff, | : | |
| v. | : | |
| MURPHY MARINE SERVICES, INC. and MAGCO CRANE RENTALS, | : | |
| Fourth-Party Defendants. | : | |

## **STIPULATION**

It is hereby STIPULATED and AGREED by and between the parties listed below that Fourth-Party Defendant Murphy Marine Services, Inc. is granted an extension of two weeks, up to and including May 16, 2006, to respond to the Fourth-Party Complaint of Active Crane Rentals, Inc., in the above matter.

LAW OFFICES OF PETER E. HESS


By:___/s/Peter E. Hess_____
      Peter E. Hess - Bar ID No. 2298
      P.O. Box 514
      Wilmington, DE  19803
      Phone: 302-777-1715
      Attorneys for Plaintiff Michael Roberts

| | |
|---|---|
| REGER RIZZO KAVULICH & DARNALL, LLP | HOLLSTEIN KEATING JOHNSON CATTELL & GOLDSTEIN, P.C. |
| | |
| By: /s/Louis J. Rizzo<br>Louis J. Rizzo, Jr. - Bar ID No. 3374<br>1001 Jefferson Plaza - Suite 202<br>Wilmington, DE 19801<br>Phone: 302-652-3611<br>Attorneys for Defendant/Fourth-Party Plaintiff Active Crane Rentals, Inc. | By: /s/Lynne M. Parker<br>Lynne M. Parker - Bar ID No. 2811<br>1201 North Orange Street<br>Suite 730<br>Wilmington, DE 19801<br>Phone: 302-884-6700<br>Attorneys for Fourth Party Defendant Murphy Marine Services, Inc. |