**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2006, I electronically filed the foregoing Stipulation using CM/ECF which will send notification of such filing to:

| | |
|---|---|
| Peter E. Hess Esquire | Louis J. Rizzo, Jr. Esquire |
| 3 Mill Road, Suite 301 | Reger Rizzo Kavulich & Darnall, LLP |
| Wilmington, DE 19806 | 1001 Jefferson Plaza |
| | Suite 202 |
| | Wilmington, DE 19801 |

Michael B. McCauley, Esquire
Palmer Biezup & Henderson LLP
1223 Foulk Road
Wilmington, DE  19803

I further certify that a copy of the foregoing has been served on the above counsel and the following via first class mail:

| | |
|---|---|
| Richard W. Whelan, Esquire | Francis J. Deasey, Esquire |
| Palmer Biezup & Henderson LLP | Deasey Mahoney & Bender, Ltd. |
| 956 Public Ledger Building | 1800 John F. Kennedy Blvd. |
| 620 Chestnut Street | Suite 1300 |
| Philadelphia, PA  19106 | Philadelphia, PA 19103 |

              /s/Lynne M. Parker              
Lynne M. Parker, Bar ID No. 2811
1201 N. Orange Street, Suite 730
Wilmington, Delaware 19801
(302) 884-6700
lparker@hollsteinkeating.com

{7576.00027:AGM1923}