## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICHAEL ROBERTS, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 05-cv-0454 (GMS) |
| ALTAIR LINES, S.A. | : | |
| Defendant/Third-Party Plaintiff, | : | |
| v. | : | |
| ACTIVE CRANE RENTALS, INC. | : | |
| Third-Party Defendant/Fourth-Party Plaintiff, | : | |
| v. | : | |
| MURPHY MARINE SERVICES, INC. and MAGCO CRANE RENTALS, | : | |
| Fourth-Party Defendants. | : | |

## ORDER

AND NOW, this _____ day of _____, 2006, upon consideration of Fourth Party Defendant Murphy Marine Services, Inc's motion to dismiss Counts I and II of the Fourth Party Complaint pursuant to F.R.C.P. 12(b)(6) and to Strike Impleader Under Rule 14(c), IT IS HEREBY ORDERED that said motion is GRANTED.

It is further ORDERED that Counts I and II of the Fourth Party Complaint are dismissed, with prejudice.

It is further ORDERED that impleader under Rule 14(c) and all references to Rule 14(c) are STRICKEN from the Fourth Party Complaint.

_____
J.

{7576.00027:AGM1905}