## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2006, I electronically filed the foregoing Motion to Dismiss of Fourth Party Defendant Murphy Marine, Brief in Support of Motion, and Proposed Form of Order using CM/ECF which will send notification of such filing to:

| | |
|---|---|
| Peter E. Hess Esquire<br>3 Mill Road, Suite 301<br>Wilmington, DE 19806 | Louis J. Rizzo, Jr. Esquire<br>Reger Rizzo Kavulich & Darnall, LLP<br>1001 Jefferson Plaza<br>Suite 202<br>Wilmington, DE 19801 |

Michael B. McCauley, Esquire
Palmer Biezup & Henderson LLP
1223 Foulk Road
Wilmington, DE  19803

I further certify that a copy of the foregoing has been served on the above counsel and the following via first class mail:

| | |
|---|---|
| Richard W. Whelan, Esquire<br>Palmer Biezup & Henderson LLP<br>956 Public Ledger Building<br>620 Chestnut Street<br>Philadelphia, PA  19106 | Francis J. Deasey, Esquire<br>Deasey Mahoney & Bender, Ltd.<br>1800 John F. Kennedy Blvd.<br>Suite 1300<br>Philadelphia, PA 19103 |

　　　　　　　　　　　　　　　　　　　　　　/s/Lynne M. Parker
　　　　　　　　　　　　　　　　　　　　　　Lynne M. Parker, Bar ID No. 2811
　　　　　　　　　　　　　　　　　　　　　　1201 N. Orange Street, Suite 730
　　　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　　　(302) 884-6700
　　　　　　　　　　　　　　　　　　　　　　lparker@hollsteinkeating.com

{7576.00027:AGM1921}