IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICHAEL ROBERTS, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 05-cv-0454 (GMS) |
| ALTAIR LINES, S.A. | : | |
| Defendant/Third-Party Plaintiff, | : | |
| v. | : | |
| ACTIVE CRANE RENTALS, INC. | : | |
| Third-Party Defendant/Fourth-Party Plaintiff, | : | |
| v. | : | |
| MURPHY MARINE SERVICES, INC. and MAGCO CRANE RENTALS, | : | |
| Fourth-Party Defendants. | : | |

## REVISED STIPULATION

It is hereby STIPULATED and AGREED by and between the parties listed below that Fourth Party Defendant Murphy Marine Services, Inc. is granted an extension of two weeks, up to and including May 16, 2006, to respond to the Fourth Party Complaint of Active Crane Rentals, Inc., in the above matter. The two week extension was agreed to at the request of counsel for Fourth Party Defendant Murphy Marine Services, Inc., who required additional time to investigate the claim and prepare a response to the Fourth Party Complaint.

{7576.00027:AGM1928}

LAW OFFICES OF PETER E. HESS

By:   /s/Peter E. Hess_____
      Peter E. Hess - Bar ID No. 2298
      P.O. Box 514
      Wilmington, DE  19803
      Phone: 302-777-1715
      Attorneys for Plaintiff Michael Roberts

| REGER RIZZO KAVULICH & DARNALL, LLP | HOLLSTEIN KEATING JOHNSON CATTELL & GOLDSTEIN, P.C. |
|---|---|
| By:   /s/Louis J. Rizzo_____<br>     Louis J. Rizzo, Jr. - Bar ID No. 3374<br>     1001 Jefferson Plaza - Suite 202<br>     Wilmington, DE  19801<br>     Phone: 302-652-3611<br>     Attorneys for Defendant/Fourth-Party<br>     Plaintiff Active Crane Rentals, Inc. | By:  /s/Lynne M. Parker_____<br>     Lynne M. Parker - Bar ID No. 2811<br>     1201 North Orange Street<br>     Suite 730<br>     Wilmington, DE  19801<br>     Phone: 302-884-6700<br>     Attorneys for Fourth Party<br>     Defendant Murphy Marine Services, Inc. |