## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2006, I electronically filed the foregoing Revised Stipulation using CM/ECF which will send notification of such filing to:

| | |
|---|---|
| Peter E. Hess Esquire<br>3 Mill Road, Suite 301<br>Wilmington, DE 19806 | Louis J. Rizzo, Jr. Esquire<br>Reger Rizzo Kavulich & Darnall, LLP<br>1001 Jefferson Plaza<br>Suite 202<br>Wilmington, DE 19801 |
| Michael B. McCauley, Esquire<br>Palmer Biezup & Henderson LLP<br>1223 Foulk Road<br>Wilmington, DE  19803 | |

I further certify that a copy of the foregoing has been served on the above counsel and the following via first class mail:

| | |
|---|---|
| Richard W. Whelan, Esquire<br>Palmer Biezup & Henderson LLP<br>956 Public Ledger Building<br>620 Chestnut Street<br>Philadelphia, PA  19106 | Francis J. Deasey, Esquire<br>Deasey Mahoney & Bender, Ltd.<br>1800 John F. Kennedy Blvd.<br>Suite 1300<br>Philadelphia, PA 19103 |

/s/Lynne M. Parker
Lynne M. Parker, Bar ID No. 2811
1201 N. Orange Street, Suite 730
Wilmington, Delaware 19801
(302) 884-6700
lparker@hollsteinkeating.com

{7576.00027:AGM1930}