Plaintiff

VS.

MURPHY MARINE SERVICES, INC., AND MAGCO CRANE RENTALS,
FOUTH PARTY DEFENDANTS

Defendant

**Person to be served:** MAGCO CRANE RENTALS

14 NEWARK AVE. SPRING LAKE , NJ

**Attorney:**

**Papers Served:** SUMMONS AND COMPLAINT

**Superior Court of** Delaware
**County of**
**Docket Number**  05-cv-0454(GMS)

## AFFIDAVIT OF SERVICE

Cost of Service pursuant to R

$ _____

**Service Data:**

Served Successfully **X**     Not Served _____     Date 5-22-06     Time 5:45PM

Attempts _____

___ Delivered a copy to him / her personally

___ Left a copy with a competent household member over 14 years of age residing

**X** Left a copy with a person authorized to accept service, e.g., managing agent, registered agent, etc.

Name of Person Served and relationship / title
KYLE MAGNUSSON

OWNER

**Description of Person Accepting Service:**

Sex: M   Age: 50   Height: 6'2   Weight: 240   Skin Color: W   Hair Color: BLOND

**Unserved:**

( ) Defendant is unknown at the address furnished by the attorney.

( ) All reasonable inquiries suggest defendant moved to an undetermined address.

( ) No such street in municipality

( ) No response on:   _____ Date _____ Time _____ Date _____ Time

( ) Other: _____     Comments or Remarks: _____

**Server Data:**

Subscribed and Sworn to me this

23RD day of MAY, 2006

I, MARTIN J.EBERT was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____ Date: _____

MARTIN J.EBERT

**KATRINA L. DADDATO**
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires June 1, 2010