IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICHAEL ROBERTS, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| v. | : | No. 05-cv-0454 (GMS) |
| ALTAIR LINES, S.A. | : | |
| | : | |
| Defendant/Third-Party Plaintiff, | : | |
| v. | : | |
| ACTIVE CRANE RENTALS, INC. | : | |
| | : | |
| Third-Party Defendant/Fourth-Party Plaintiff, | : | |
| v. | : | |
| MURPHY MARINE SERVICES, INC. and MAGCO CRANE RENTALS, | : | |
| | : | |
| Fourth-Party Defendants. | : | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of E. Michael Keating, III of the firm of Hollstein Keating Cattell Johnson & Goldstein, PC, 1628 J.F. Kennedy Blvd., Suite 2000, Philadelphia, PA 19103 to represent Fourth Party Defendant Murphy Marine Services, Inc. in this action.

HOLLSTEIN KEATING
CATTELL JOHNSON & GOLDSTEIN, PC

By  /s/Lynne M. Parker
    Lynne M. Parker, Esq.
    Bar ID No. 2811
    1201 N. Orange Street, Suite 730
    Wilmington, Delaware 19801
    Phone #: (302) 884-6700
    Fax #: (302) 573-2507
    Attorneys for Murphy Marine Services, Inc.

Dated: June 9, 2006

{7576.00027:BMM5658}