IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL ROBERTS, | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 05-cv-0454 (GMS) |
| ALTAIR LINES, S.A. | |
| Defendant/Third-Party Plaintiff, | |
| v. | |
| ACTIVE CRANE RENTALS, INC. | |
| Third-Party Defendant/Fourth-Party Plaintiff, | |
| v. | |
| MURPHY MARINE SERVICES, INC. and MAGCO CRANE RENTALS, | |
| Fourth-Party Defendants. | |

**CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I, E. Michael Keating, III, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of New York, New Jersey and Pennsylvania and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

E. Michael Keating, III, Esquire
HOLLSTEIN KEATING
CATTELL JOHNSON & GOLDSTEIN, PC
Eight Penn Center
1628 John F. Kennedy Boulevard
Suite 2000
Philadelphia, PA 19103
Phone#: (215) 320-3260
Fax#: (215) 320-3261

Date: June 5, 2006