## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICHAEL ROBERTS, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| v. | : | No. 05-cv-0454 (GMS) |
| ALTAIR LINES, S.A. | : | |
| | : | |
| Defendant/Third-Party Plaintiff, | : | |
| v. | : | |
| ACTIVE CRANE RENTALS, INC. | : | |
| | : | |
| Third-Party Defendant/Fourth-Party Plaintiff, | : | |
| v. | : | |
| MURPHY MARINE SERVICES, INC. and MAGCO CRANE RENTALS, | : | |
| | : | |
| Fourth-Party Defendants. | : | |

### ORDER GRANTING MOTION FOR *PRO HAC VICE* ADMISSION

**IT IS HEREBY ORDERED** that the motion for admission *pro hac vice* of E. Michael Keating, III, Esquire is granted.

**SO ORDERED** this _____ day of _____, 2006.

_____
                                                                                                       J.

{7576.00027:BMM5659}