## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2006, I electronically filed the foregoing Motion and

Order for Admission of E. Michael Keating, III, Esquire *Pro Hac Vice* on behalf of Fourth Party

Defendant Murphy Marine using CM/ECF which will send notification of such filing to:

Peter E. Hess, Esquire
3307 Hermitage Road
Wilmington, DE 19810

Louis J. Rizzo, Jr., Esquire
Reger Rizzo Kavulich & Darnall, LLP
1001 Jefferson Plaza
Suite 202
Wilmington, DE 19801

Michael B. McCauley, Esquire
Palmer Biezup & Henderson LLP
1223 Foulk Road
Wilmington, DE 19803

I further certify that a copy of the foregoing has been served on the above counsel and the
following via first class mail:

Richard W. Whelan, Esquire
Palmer Biezup & Henderson LLP
956 Public Ledger Building
620 Chestnut Street
Philadelphia, PA 19106

Francis J. Deasey, Esquire
Deasey Mahoney & Bender, Ltd.
1800 John F. Kennedy Blvd.
Suite 1300
Philadelphia, PA 19103

Magco Crane Rentals
14 Newark Ave.
Spring Lake, NJ 07762

/s/Lynne M. Parker
Lynne M. Parker, Bar ID No. 2811
1201 N. Orange Street, Suite 730
Wilmington, Delaware 19801
(302) 884-6700
lparker@hollsteinkeating.com

{7576.00027:BMM5661}