IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICHAEL ROBERTS | : | CIVIL ACTION |
| | : | |
| Plaintiff | : | |
| v. | : | |
| | : | |
| ALTAIR LINES, S.A. | : | NO.   05-CV-0454 (GMS) |
| | : | |
| Defendant/Third-Party Plaintiff | : | |
| | : | |
| ACTIVE CRANE RENTALS, INC. | : | |
| | : | |
| Third-Party Defendant | : | |
| v. | : | |
| | : | |
| MURPHY MARINE SERVICES, INC. and MAGCO CRANE RENTALS | : | |
| | : | |
| Fourth-Party Defendants | : | |

## NOTICE OF SERVICE

I, Nicholas E. Skiles, hereby certify that on this 17th day of July, 2006, a copy of the foregoing Answer was served, via first-class mail, postage prepaid, upon:

Louis J. Rizzo, Jr., Esquire
Reger Rizzo Kavulich & Darnall, LLP
1001 Jefferson Plaza, Suite 202
Wilmington, Delaware  19801

Michael B. McCaulay, Esquire
Palmer, Biezup & Henderson, LLP
1223 Foulk Road
Wilmington, DE 19801

Peter E. Hess, Esquire
Law Offices of Peter E. Hess
P.O. Box 7753
Wilmington, Delaware  19803

SWARTZ CAMPBELL LLC

*/s/ Nicholas E. Skiles, Esquire*
Nicholas E. Skiles, Esquire (I.D. 3777)
300 Delaware Avenue, Suite 1130
P.O. Box 330
Wilmington, DE 19899
Phone:  (302) 656-5935
Counsel for Fourth Party Defendant
Magco Crane Rentals