IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL ROBERTS, )<br>   Plaintiff, )<br> )<br> v. )<br> )<br>ALTAIR LINES S.A., )<br>(referred to in Complaint as )<br> M/V SHINANO REEFER *in personam*) )<br>   Defendant, )<br> )<br> v. )<br> )<br>ACTIVE CRANE RENTALS, INC., )<br>   Defendant. ) | Civil Action No. 05-454  GMS |

## **ORDER**

WHEREAS, on June 30, 2005, the plaintiff filed a complaint against M/V Shinano Reefer *in personam* (D.I. 1);

WHEREAS, on March 14, 2006 Altair Lines S.A. filed a Motion to Strike Plaintiff's Jury Demand (D.I. 12);

WHEREAS, pursuant to the District of Delaware Local Rule 7.1.2(a) (1995), an answer brief to the defendant's motion was due on March 28, 2006; and

WHEREAS, as of the date of this Order, the plaintiff has not filed an answer brief to the defendant's motion;

IT IS HEREBY ORDERED that:

1. The plaintiff shall file a response to the defendant's Motion to Strike Plaintiff's Jury Demand (D.I. 12) within ten (10) days of the date of this Order.

2.  Should the plaintiff fail to comply with this Order, the court will decide the defendant's motion on the present record.


Dated: July 14, 2006                                          /s/ Gregory M. Sleet
                                                              UNITED STATES DISTRICT JUDGE