IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **MICHAEL ROBERTS,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 05-cv-0454 (GMS) |
| **ALTAIR LINES, S.A.,** | : | |
| Defendant/Third-Party Plaintiff, | : | |
| v. | : | |
| **ACTIVE CRANE RENTALS, INC.,** | : | |
| Third-Party Defendant, | : | |
| v. | : | |
| **MURPHY MARINE SERVICES, INC., and MAGCO CRANE RENTALS,** | : | |
| Fourth-Party Defendants. | : | |

## ANSWER OF THIRD-PARTY DEFENDANT/FOURTH PARTY PLAINTIFF, ACTIVE CRANE RENTALS, INC. TO FOURTH-PARTY DEFENDANT, MAGCO CRANE RENTALS' CROSSCLAIM

Denied.

**REGER RIZZO KAVULICH & DARNALL, LLP**

BY:  /s/ Louis J. Rizzo, Jr.
       LOUIS J. RIZZO, JR., ESQUIRE
       1001 Jefferson Plaza, Suite 202
       Wilmington, DE 19801
       (302) 652-3611
       Attorney for Third-Party Defendant/Fourth-Party
       Plaintiff, Active Crane Rentals, Inc.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **MICHAEL ROBERTS,** | : | CIVIL ACTION |
| **Plaintiff,** | : | |
| v. | : | NO. 05-cv-0454 (GMS) |
| **ALTAIR LINES, S.A.,** | : | |
| **Defendant/Third-Party Plaintiff,** | : | |
| v. | : | |
| **ACTIVE CRANE RENTALS, INC.,** | : | |
| **Third-Party Defendant,** | : | |
| v. | : | |
| **MURPHY MARINE SERVICES, INC., and MAGCO CRANE RENTALS,** | : | |
| **Fourth-Party Defendants.** | : | |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of Answer of Third-Party Defendant/Fourth-Party Plaintiff, Active Crane Rentals to Fourth-Party Defendant, Magco Crane Rentals' Crossclaim, was served via ECF/PACER electronically, upon all counsel listed below:

| | |
|---|---|
| Michael B. McCauley, Esquire<br>Richard Q. Whelan, Esquire<br>**Palmer, Biezup & Henderson, LLP**<br>1223 Foulk Road<br>Wilmington, DE 19803<br>*Attorneys for Defendant/Third-Party Plaintiff Altair Lines, S.A.* | Peter E. Hess, Esquire<br>**Law Offices of Peter E. Hess**<br>P.O. Box 7753<br>Wilmington, De 19803<br>*Attorneys for Plaintiff, Michael Roberts* |

| | |
|---|---|
| Lynne M. Parker, Esquire<br>**Hollstein, Keating, Cattell, Johnson & Goldstein, P.C.**<br>12th & Orange Street, Suite 730<br>Wilmington, DE 19801<br>*Attorney for Fourth-Party Defendant Murphy Marine Services, Inc.* | Nicholas E. Skiles, Esquire<br>**Swatrz Campbell LLC**<br>919 Market Street<br>P.O. Box 330<br>Wilmington, DE 19899<br>*Attorney for Fourth-Party Defendant Magco Crane Rentals* |

**REGER RIZZO KAVULICH & DARNALL, LLP**

BY:  /s/ Louis J. Rizzo, Jr.
      LOUIS J. RIZZO, JR., ESQUIRE
      1001 Jefferson Plaza, Suite 202
      Wilmington, DE 19801
      (302) 652-3611
      Attorney for Third-Party Defendant/Fourth-Party
      Plaintiff, Active Crane Rentals, Inc.