IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICHAEL V. ROBERTS, | ) | Civil Action No.: 05-CV-0454 GMS |
| | ) | |
| Plaintiff, | ) | JURY TRIAL DEMANDED |
| | ) | |
| v. | ) | |
| | ) | |
| ALTAIR LINES, S.A. et al. | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Steven E. Leder, Esquire, to represent Fourth Party Defendant Magco Crane in the above captioned matter.

**SWARTZ CAMPBELL LLC**

  /s/   Nicholas E. Skiles
Nicholas E. Skiles, Esq. (DE ID# 3777)
300 Delaware Avenue, Suite 1130
P.O. Box 330
Wilmington, DE 19899
(302) 656-5935
*Attorney for Fourth Party Defendant Magco Crane*

Dated: July 28, 2006

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motions for admission pro hac vice is granted.

Date:_____   _____
                                                                      United States District Judge