IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICHAEL V. ROBERTS, | ) | Civil Action No.: 05-CV-0454 GMS |
| | ) | |
| Plaintiff, | ) | JURY TRIAL DEMANDED |
| | ) | |
| v. | ) | |
| | ) | |
| ALTAIR LINES, S.A. et al. | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing in good standing as a member of the Bars of Maryland, the District of Columbia, the United States District Court for the District of Maryland, the United States District Court for the District of Columbia and is admitted to practice before the Fourth Circuit Court of Appeals, the District of Columbia Court of Appeals and the United States Supreme Court and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

**THE LEDER LAW GROUP, LLC**

_____
Steven E. Leder, Esquire
502 Washington Avenue, Suite 101
Baltimore, Maryland 21210
Baltimore County
(443) 279-7900

Dated: July 25, 2006