### CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2006, I electronically filed the foregoing Motion and Order for Admission Pro Hac Vice and accompanying Certification of Melodie M. Mabanta, Esquire using CM/ECF which will send notification of such filing to:

Peter E. Hess, Esquire
Law Offices of Peter E. Hess
Three Mill Road, Suite 303
Wilmington, DE 19806

Louis J. Rizzo, Jr., Esquire
Reger Rizzo Kavulich & Darnall, LLP
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801

Michael B. McCauley, Esquire
Palmer, Biezup & Henderson
1223 Foulk Road
Wilmington, DE 19803

Lynne M. Parker, Esquire
Hollstein Keating Cattell Johnson & Goldstein
One Commerce Center, Suite 730
1201 N. Orange Street
Wilmington, DE 19801

        **SWARTZ CAMPBELL LLC**

           /s/   Nicholas E. Skiles
        Nicholas E. Skiles, Esq. (DE ID# 3777)
        300 Delaware Avenue, Suite 1130
        P.O. Box 330
        Wilmington, DE 19899
        (302) 656-5935
        *Attorney for Fourth Party Defendant Magco Crane*