# PALMER BIEZUP & HENDERSON LLP

COUNSELORS AT LAW

**PENNSYLVANIA**
620 CHESTNUT STREET, SUITE 956
PHILADELPHIA, PENNSYLVANIA 191063409
215 625 9900
FAX: 215 625 0185

**MARYLAND**
222 PRINCE GEORGE STREET, SUITE 102
ANNAPOLIS, MARYLAND 21401
410 267 0010
FAX: 410 267 0020

MICHAEL B. MCCAULEY
PARTNER
mccauley@pbh.com

**1223 FOULK ROAD**
**WILMINGTON, DELAWARE 19803**

————

302 594 0895 • 302 478 7443
FAX: 302 478 7625
pbh@pbh.com

**NEW YORK**
140 BROADWAY, 46TH FLOOR PMB 46030
NEW YORK, NEW YORK 10005
212 406 1855
FAX: 212 858 7651

————

**NEW JERSEY**
200 NORTH FIFTH STREET
CAMDEN, NEW JERSEY 08102-1204
856 428 7717
FAX: 856 338 1008

August 7, 2006

**Via Federal Express & Electronic Filing**

The Honorable Gregory M. Sleet
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Room 4324
Lockbox 19
Wilmington, DE 19801

      Re:    ***Michael Roberts v. Altair Lines S.A. et al.***
            ***v. Active Crane Rentals, Inc. v. Murphy Marine***
            ***Services, Inc. v. Magco Crane***
            **Civil Action No. 05-0454 (GMS)**
            **Our File No. 4578-215**

Dear Judge Sleet:

      On behalf of all parties to the captioned action we enclose for Your Honor's consideration a Joint Stipulation to Extend Factual Discovery and Other Deadlines Due to the Joinder of Multiple Parties which was electronically filed with the Clerk today. Counsel for all parties have provided their authority to file this Joint Stipulation with counsel's respective electronic signatures. In the event Your Honor would like further clarification or information from counsel concerning this matter at a conference, all counsel will make themselves available at a time which is convenient to Your Honor.

      Your Honor's consideration of this joint request is most sincerely appreciated by counsel for all parties.

PBH: 184719.1

The Honorable Gregory M. Sleet
August 7, 2006
Page -2-
------------------------------------------------

Respectfully,

PALMER BIEZUP & HENDERSON LLP

By: _____
Michael B. McCauley

cc:  Peter E. Hess, Esq.
     Lynne M. Parker, Esq.
     E. Michael Keating, III, Esq.
     Louis J. Rizzo, Jr., Esq.
     Francis J. Deasey, Esq.
     Troy D. Sisum, Esq.
     Nicholas E. Skiles, Esq.
     Steven E. Leder, Esq.
     Melodie M. Mabanta, Esq.
(All ccs w/enclosure)

PBH: 184719.1