IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MICHAEL ROBERTS,                       )
         Plaintiff,                   )
                             )
     v.                               )     Civil Action No. 05-454  GMS
                             )
ALTAIR LINES S.A.,                     )
(referred to in Complaint as           )
 M/V SHINANO REEFER *in personam*)    )
         Defendant,                   )
                             )
     v.                               )
                             )
ACTIVE CRANE RENTALS, INC.,            )
         Defendant,                   )
                             )
     v.                               )
                             )
MURPHY MARINE SERVICEDS and            )
MAGCO CRANE RENTALS                    )
                             )
         Defendant.                   )

## NOTICE OF SCHEDULING

IT IS HEREBY ORDERED that a telephone conference regarding the parties' joint

motion for extension of time to complete discovery (joint stipulation to extend factual discovery

and other deadlines due to joinder of multiple parties) is scheduled for **Thursday, August 17**

**2006, at 11:00 a.m.** before the Honorable Gregory M. Sleet, United States District Judge.

Counsel for the plaintiff is directed to arrange and initiate the conference call to counsel and the

judge.


August 11, 2006                              /s/ Gregory M. Sleet
                                            UNITED STATES DISTRICT JUDGE