# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICHAEL ROBERTS, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 05-cv-0454 (GMS) |
| ALTAIR LINES, S.A. | : | |
| Defendant/Third-Party Plaintiff, | : | |
| v. | : | |
| ACTIVE CRANE RENTALS, INC. | : | |
| Third-Party Defendant/Fourth-Party Plaintiff, | : | |
| v. | : | |
| MURPHY MARINE SERVICES, INC. and MAGCO CRANE RENTALS, | : | |
| Fourth-Party Defendants. | : | |

## NOTICE OF SERVICE

I hereby certify that on August 25, 2006, I served Fourth-Party Defendant Murphy Marine Services, Inc.'s First Set of Interrogatories and Requests for Production of Documents directed to Active Crane Rentals, Inc., via first class mail, postage prepaid on the following:

Peter E. Hess, Esquire
Law Office of Peter E. Hess
3307 Hermitage Road
Wilmington DE  19810

Francis J. Deasey, Esquire
Troy D. Sisum, Esquire
Deasey Mahoney & Bender Ltd.
1800 John F. Kennedy Blvd.
Suite 1300
Philadelphia, PA  19103

Louis J. Rizzo, Jr., Esquire
Reger Rizzo Kavulich & Darnall LLP
1001 Jefferson Plaza
Suite 202
Wilmington, DE  19801

Richard W. Whelan, Esquire
Palmer Biezup & Henderson LLP
956 Public Ledger Building
620 Chestnut Street
Philadelphia, PA  19106

{7576.00027:KJ0326}

| | |
|---|---|
| Michael B. McCauley, Esquire<br>Palmer Biezup & Henderson LLP<br>1223 Foulk Road<br>Wilmington, DE  19803 | Nicholas E. Skiles, Esquire<br>Swartz Campbell LLC<br>919 Market Street<br>P.O. Box 330<br>Wilmington, DE  19899 |
| Steven E. Leder, Esquire<br>The Leder Law Group, LLC<br>502 Washington Avenue<br>Suite 101<br>Baltimore, MD  21210 | Melodie M. Mabanta, Esquire<br>The Leder Law Group LLC<br>502 Washington Avenue<br>Suite 101<br>Baltimore, MD  21210 |

HOLLSTEIN KEATING CATTELL
JOHNSON & GOLDSTEIN P.C.

By:     /s/ Lynne M. Parker
       Lynne M. Parker, Bar ID No. 2811
       1201 N. Orange Street, Suite 730
       Wilmington, Delaware 19801
       (302) 884-6700
       lparker@hollsteinkeating.com
       Attorneys for Fourth Party Defendant
       Murphy Marine Services, Inc.