IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**MICHAEL ROBERTS,**
    Plaintiff

-vs-                              C.A. No. 05-cv-0454 (GMS)

**ALTAIR LINES,** *et al.*
    Defendants.

## JOINT STIPULATION TO AMEND
## SCHEDULING ORDER

**Pursuant to** the Stipulation of Counsel of Record in an August 17, 2006 teleconference before the Honorable Gregory M. Sleet, the following amendments to the Case Scheduling Order are agreed upon:

Discovery Cut-off: December 1, 2006

Expert's Reports due:
Plaintiff: December 15; Defendants: January 12, 2007

Expert Depositions: February 2, 2006

Case Dispositive Motions: December 18, 2006

Pretrial Order: February 14, 2007

Pretrial Conference: to be scheduled by Court

Trial: Three day bench trial week of March 12, 2007

IT IS SO STIPULATED.

PETER E. HESS, Esq.
P.O. Box 7753
Wilmington, DE 19803-7753
Counsel for Plaintiff

MICHAEL B. McCAULEY, Esq.
RICHARD Q. WHELAN, Esq.
Palmer, Biezup & Henderson
1223 Foulk Rd.
Wilmington, DE 19803
Counsel for Altair Lines

LOUIS J. RIZZO, Jr., Esq.
Reger, Rizzo, Kavulich & Darnell, LLP
1001 Jefferson St. Suite 202
Wilmington, DE 19801

FRANCIS DEASEY, Esq.
TROY D. SISUM, Esq.
Deasey, Mahoney & Bender, LLP
1800 John F. Kennedy Blvd. Suite 1300
Philadelphia, PA 19103
Counsel for Active Crane Rentals, Inc.

NICHOLAS E. SKILES, Esq.
Swartz Campbell LLC
300 Delaware Ave. Suite 1130
Wilmington, DE 19801

MELODIE M. MABANTA, Esq.
Swartz Campbell
1601 Market St.
34th Floor
Philadelphia, PA 19103
Counsel for Magco Crane, Inc.

LYNNE M. PARKER, Esq.
E. MICHAEL KEATING, Esq.
Hollstein, Keating, Cattell, Johnson & Goldstein, P.C.
12th & Orange Sts.
Wilmington, DE 19801
Counsel for Murphy Marine Services, Inc.

**IT IS SO ORDERED.**


So Ordered this _____ day of August, 2006.


　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE