IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICHAEL ROBERTS, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 05-cv-0454 (GMS) |
| ALTAIR LINES, S.A. | : | |
| Defendant/Third-Party Plaintiff, | : | |
| v. | : | |
| ACTIVE CRANE RENTALS, INC. | : | |
| Third-Party Defendant/Fourth-Party Plaintiff, | : | |
| v. | : | |
| MURPHY MARINE SERVICES, INC. and MAGCO CRANE RENTALS, | : | |
| Fourth-Party Defendants. | : | |

## NOTICE OF SERVICE

I hereby certify that on September 18, 2006, I served Fourth-Party Defendant Murphy Marine Services, Inc.'s Responses to the Interrogatories and Requests for Production of Documents of Active Crane Rentals, Inc. via facsimile and first class mail, postage prepaid on the following:

Peter E. Hess, Esquire
Law Office of Peter E. Hess
3307 Hermitage Road
Wilmington DE 19810

Francis J. Deasey, Esquire
Troy D. Sisum, Esquire
Deasey Mahoney & Bender Ltd.
1800 John F. Kennedy Blvd.
Suite 1300
Philadelphia, PA 19103

Louis J. Rizzo, Jr., Esquire
Reger Rizzo Kavulich & Darnall LLP
1001 Jefferson Plaza
Suite 202

Richard W. Whelan, Esquire
Palmer Biezup & Henderson LLP
956 Public Ledger Building
620 Chestnut Street

{7576.00027:BMM6044}

| | |
|---|---|
| Wilmington, DE 19801 | Philadelphia, PA 19106 |
| Michael B. McCauley, Esquire<br>Palmer Biezup & Henderson LLP<br>1223 Foulk Road<br>Wilmington, DE 19803 | Nicholas E. Skiles, Esquire<br>Swartz Campbell LLC<br>919 Market Street<br>P.O. Box 330<br>Wilmington, DE 19899 |
| Steven E. Leder, Esquire<br>The Leder Law Group, LLC<br>502 Washington Avenue<br>Suite 101<br>Baltimore, MD 21210 | Melodie M. Mabanta, Esquire<br>The Leder Law Group LLC<br>502 Washington Avenue<br>Suite 101<br>Baltimore, MD 21210 |

HOLLSTEIN KEATING CATTELL
JOHNSON & GOLDSTEIN P.C.

By: /s/ Lynne M. Parker
Lynne M. Parker, Bar ID No. 2811
1201 N. Orange Street, Suite 730
Wilmington, Delaware 19801
(302) 884-6700
lparker@hollsteinkeating.com
Attorneys for Fourth Party Defendant
Murphy Marine Services, Inc.

{7576.00027:BMM6044}