



## PAYROLL JOURNAL

**UNITED EQUIPMENT RENTAL INC.**    PAGE 1

0025-8406

| EMP NBR | EMPLOYEE NAME | TYPE | RATE | REG HOURS | OT HOURS | REGULAR EARNINGS | OT EARNINGS | 1 SAV 2 DE II | OTHER EARNINGS | TOTAL EARNINGS | FICA SOC SEC / MED | FEDERAL | STATE | LOCAL DBL/SUI | VOLUNTARY DEDUCTIONS & OTHER ADJUSTMENTS | NET PAY | CHK NBR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000006 05 | DAVIS CHRISTY A | | 13500 | 4000 | 500 | 54000 | 10125 | | | 64125 | SOC SEC 3976 / MEDICARE 930 | 4148 | 1013 NJSDI / SUI | 321 NJSUI 273 | NO DETAIL | 53464 | 2160 |
| | | | | | | | | | | | | | | | TOTAL EARNINGS 64125 / NET PAY 53464 / VOUCHER NET 1 / TOTAL NET 53464 | | |

EARNINGS TYPE:
REGULAR        HO
OVERTIME       VA
VACATION       HO
HOLIDAY        05
SICK/QUALIFIED MI
SICK/NON-QUAL  PE
MISCELLANEOUS  MI

Other Earnings: SAV DE II  00

0025-8406    UNITED EQUIPMENT RENTAL INC    PERIOD END DATE 07/20/03    CHECK DATE 07/24/03    RUN DATE 07/23/03

09/27/2006 06:14   585-218-3019   TO:KYLE MAGNUSSON
7324492090   9/27/2006 1:26 PM   PAGE 3/015   COMPANY:United Equipment Rental
SHANE BUILT   Paychex Inc   PAGE 03





UNITED EQUIPMENT RENTAL, INC.  PAYROLL JOURNAL  PAGE 1

| EMP NBR | EMPLOYEE NAME | M/S | RATE | REG HOURS | OT HOURS | REGULAR EARNINGS | OT EARNINGS | OTHER EARNINGS | TOTAL EARNINGS | SOC SEC / MED | FEDERAL | STATE | LOCAL DBL/SDI | VOLUNTARY DEDUCTIONS & OTHER ADJUSTMENTS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000124 | DAVIS CHRIS A | | 13500 | 40.00 | 6.00 | 540.00 | 121.50 | | 661.50 | 4102 SS / 959 MED | 44.51 MJ | 10.54 NJSBL / 2.80 NJSUI | 3.30 | REFER TO PAYROLL ADJUSTMENT JOURNAL FOR DETAIL | 549.73 |

EARNINGS TYPE / HOURS / EARNINGS:
REGULAR   40.00   540.00
OVERTIME   6.00   121.50
VACATION    .00    .00
HOLIDAY    .00    .00
SICK/QUALIFIED    .00    .00
SICK/NON-QUAL    .00    .00
MISCELLANEOUS    .00    .00

OTHER EARNINGS: SAV .00 / LIFE II .00
TOTAL EARNINGS  661.50
FICA: SOC SEC 41.02 / MEDICARE 9.59
FEDERAL 44.51
STATE 10.54 SUI
LOCAL DBL/SDI 3.30 / 2.80

TOTAL EARNINGS 661.50
NET PAY 549.73
VOUCHER NET
TOTAL NET 549.73

CHK NBR 2150

CHK# 8406    UNITED EQUIPMENT RENTAL INC    PERIOD END DATE 07/06/03    CHECK DATE 07/10/03    RUN DATE 07/09/03

09/27/2006 06:14  585-218-3018  J:KYLE MAGNUSSON  7324492090  8/27/2006 1:28 PM  SHANE BUILT  PAGE 5/015  Paychex Inc  COMPANY:United Equipment Rental  PAGE 05





```
09/27/2006  06:14   585-218-3019              KYLE MAGNUSSON
                    SHANE BUILT    9/27/2006 1:26 PM   COMPANY: United Equipment Rental
                                   PAGE 7/015          Paychex Inc
PAGE 07                                                                           7324492090
```

UNITED EQUIPMENT RENTAL INC                          PAYROLL ADJUSTMENT JOURNAL                          PAGE 1
0825- 8406                                           PERIOD END DATE 06/29/03    CHECK DATE 07/03/03    RUN DATE 07/02/03

| EMP NBR | EMPLOYEE NAME | 2 GARN | 3 PAC OPER | 4 SAV/DN OPER | 5 ASNT OPER | 6 CAFE | 7 MISC REIM | 8 PAC OIL | 9 ASNT OIL | 10 SAV OIL | 11 PAC MECH | 12 ASNT MECH | 13 SAV MECH | 14 OTHER | 15 HLTH INS | 16 UNION | ADJUST MENTS | CHK NBR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 000005 G5 OPERATOR | | | | | | | | | | | | | | | | | |
| 000005 | CONLIN,J | | 143 | 4750 | 4654 | | | | | | | | | | | | 9577 | 2147 |
| 000009 | GASPER,J | | 38 | 1250 | 1233 | | | | | | | | | | | | 2521 | 2148 |
| 000063 | GRAHAM,C | | 61 | 2700 | 2652 | | | | | | | | | | | | 5443 | 2149 |
| 000007 | JONES,R | | 143 | 4750 | 4684 | | | | | | | | | | | | 9577 | 2150 |
| 000019 | MSTOI,V | | | 5200 | 5128 | | | 164 | | | | 3726 | 3770 | | | | 7664 | 2151 |
| 000008 | WISE III,F | | | | | | | | | | | | | | | | | 10484 | 2152 |
| 000011 | ZAVALA,J | | 120 | 4000 | 3944 | | | | | | | | | | | | 8064 | 2153 |
| | *** PAYROLL TOTALS | | 681 | 22650 | 22335 | | | 164 | | | | 3726 | 3770 | | | | 53330 | |
```

0825- 8406





0025-8406  UNITED EQUIPMENT RENTAL INC

PAYROLL ADJUSTMENT JOURNAL   PAGE 1

PERIOD END DATE 06/22/03   CHECK DATE 06/26/03   RUN DATE 06/25/03

PGD005 05 OPERATOR

| EMP NBR | EMPLOYEE NAME | 2 GARN | 3 PAC OPER | 4 SAV/N OPER | 5 ASMT OPER | 6 CAFE | 7 MISC REIMB | 8 PAC OIL | 9 ASMT OIL | 10 SAV OIL | 11 PAC MECH | 12 ASMT MECH | 13 SAV MECH | 14 OTHER | 15 HLTH INS | 16 UNION | ADJUSTMENTS | CCK NBR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000005 | CONLIN,J | | 99 | 3300 | 3028 | | | | | | | | | | | | 5427 | 2139 |
| 000063 | GRAHAM,C | | 101 | 3350 | 3303 | | | | | | | | | | | | 6754 | 2140 |
| 000007 | JONES,R | | 120 | 4000 | 3944 | | | | | | | | | | | | 8064 | 2141 |
| 000019 | OSTOT,Y | | 147 | 4920 | 4832 | | | | | 149 | 3275 | 3394 | | | | | 6619 | 2142 |
| 000008 | WISE III,L | | | | | | | | | | | | | | | | 9879 | 2143 |
| 000011 | ZAWADA,J | | 120 | 4000 | 3944 | | | | | | | | | | | | 8064 | 2144 |
| * PAYROLL TOTALS | | | 587 | 19570 | 19051 | | | | | 149 | 3275 | 3394 | | | | | 46087 | |



# PAYROLL ADJUSTMENT JOURNAL

0025- 8406 UNITED EQUIPMENT RENTAL INC PAGE 1

| EMP NBR | EMPLOYEE NAME | 2 GARN | 3 PAC OPER | 4 SAVIN OPER | 5 ASMT OPER | 6 CAFE | 7 MISC REIMB | 8 PAC OIL | 9 ASMT OIL | 10 SAV OIL | 11 PAC MECH | 12 ASMT MECH | 13 SAV MECH | 14 OTHER | 15 HLTH INS | 16 UNION | ADJUSTMENTS | CHK NBR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **** | 000005 05 OPERATOR | | | | | | | | | | | | | | | | | |
| 000065 | CONLIN,J | | 182 | 6025 | 5531 | | | | | | | | | | | | 11738 | 2131 |
| 000063 | GRAHAM,C | | 123 | 4100 | 4043 | | | | | | | | | | | | 8266 | 2132 |
| 000007 | JONES,R | | 156 | 5200 | 5128 | | | | | | | | | | | | 10484 | 2133 |
| 000019 | UMSTOT,V | | | | | | | | | | 154 | 3198 | 3283 | | | | 6635 | 2134 |
| 000006 | WISE III,F | | 147 | 4900 | 4832 | | | | | | | | | | | | 9879 | 2135 |
| 000011 | ZAVADA,J | | 120 | 4000 | 3944 | | | | | | | | | | | | 8064 | 2136 |

| *** PAYROLL TOTALS | GARN | PAC OPER | SAVIN OPER | ASMT OPER | CAFE | MISC REIMB | PAC OIL | ASMT OIL | SAV OIL | PAC MECH | ASMT MECH | SAV MECH | OTHER | HLTH INS | UNION | ADJUSTMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| * | | 728 | 24225 | 23478 | | | | | | 154 | 3198 | 3283 | | | | 55066 |

0025-8406   UNITED EQUIPMENT RENTAL, INC.                                                                PAYROLL JOURNAL                                                          PAGE 1

| EMP SSN | EMPLOYEE NAME | T Y P E | RATE | HOURS REG | HOURS OT | EARNINGS REGULAR | EARNINGS OT | OTHER EARNINGS | TOTAL EARNINGS | FICA SOC SEC MED. | FEDERAL | STATE | LOCAL DBL/SUI | VOLUNTARY DEDUCTIONS & OTHER ADJUSTMENTS | NET PAY | CHK NBR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 000005 05 OPERATOR | | | | | | | | | | | | | | | |
| 000083 | CONLIN JOHN | | 26030 32870 | 800 2400 | 100 700 | 20824 78888 | 3905 34514 | | 142531 | 98137 2065 | 23796 NJ | 5179 NJDR 713 NJSUI 600 | | | 86707 | 2123 |
| 000063 | GRAHAM CHRISTOPHER M | | 32870 | 4000 | 400 | 131480 | 19722 | 4600 | 155802 | 9660 2259 | 20638 NJ | 6310 NJDR 179 NJSUI 662 | | | 92620 | 2124 |
| 000027 | JAMES RONALD M | | 32870 | 3200 | 800 | 105184 | 39440 | 4400 | 149024 | 9240 2161 | 21122 NJ | 3331 NJDR NJSUI | | | 104309 | 2125 |
| 000019 | UMSTOT VINCE | | 27850 | 4000 | 500 | 111400 | 20880 | 2850 | 135130 | 8379 1960 | 17956 NJ | 2792 NJDR NJSUI | | | 98796 | 2126 |
| 000028 | WISE III FERDINAND C | | 32870 | 4000 | 450 | 131480 | 22185 | 4675 | 158342 | 9817 2296 | 23452 NJ | 3794 NJDR NJSUI | | | 109559 | 2127 |
| 000011 | ZAVADA JOSEPH V | | 32870 | 4000 | | 131480 | | 4000 | 135480 | 8400 1964 | 13662 NJ | 2658 | | | 101405 | 2128 |
| | 000005 08 ADMINISTRATION | | | | | | | | | | | | | | | |
| 000124 | CONTRIYA CALLEEN A | | 15000 | 4000 | 700 | 60000 | 15750 | | 75750 | 4697 1099 | 11572 NJ | 1483 NJDR NJSUI 322 | | | 56190 | 2129 |
| | DAVIS CHRISTY A | | 13500 | 4000 | 600 | 54000 | 12150 | | 66150 | 4101 959 | 4451 NJ | 1054 NJDR NJSUI 281 | | | 54973 | 2130 |
| | TOTALS | REGULAR OVERTIME HOLIDAY VACATION SICK/QUALIFIED MISCELLANEOUS | NA OT HO VA SQ MI | 30400 4250 00 00 00 00 | | 824738 169561 00 00 00 00 | | SAV 24925 | 1018222SSC 1018222SSC MEDICARE 14764 | 63131 | 145742 | 2052501 SUI 2202 1871 | | | 714112 | |

0025-8406   UNITED EQUIPMENT RENTAL, INC.        PERIOD END DATE 06/06/03        CHECK DATE 06/12/03                                        TOTAL EARNINGS 1018222 / VOUCHER NET 714112 / TOTAL NET 714112        RUN DATE 06/11/03



UNITED EQUIPMENT RENTAL INC                                    PAYROLL ADJUSTMENT JOURNAL                                    PAGE 1

0025- 8406    OPERATOR 05 000005

| EMP NBR | EMPLOYEE NAME | 2 GARN | 3 PAC OPER | 4 SAVIN OPER | 5 ASNT OPER | 6 GATE | 7 MISC RE DNS | 8 PAC OIL | 9 ASNT OIL | 10 SAV OIL | 11 PAC MECH | 12 ASNT MECH | 13 SAV MECH | 14 OTHER | 15 HLTH INS | 16 UNION | ADJUST MENTS | CHK NBR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000011 | ZAVADA, J | | 1201 | 4000 | 3944 | | | | | | | | | | | | 8054 | 2128 |
| 000080 | VISK III, L | | 1403 | 4675 | 4631 | | | | | | | | | | | | 9426 | 2127 |
| 000019 | UMSTOT, V | | 132 | 4400 | 4329 | | | | | | | | | | | | 5563 | 2126 |
| 000807 | JONES, R | | 132 | 4400 | 4336 | | | | | | 142 | 2646 | 2775 | | | | 8873 | 2125 |
| 000063 | GRAHAM, C | | 138 | 4600 | 4536 | | | | | | | | | | | | 9274 | 2124 |
| 000805 | CONLIN, J | | 132 | 4400 | 4144 | | | | | | | | | | | | 8676 | 2123 |
| *** PAYROLL TOTALS | | | 663 | 22075 | 21573 | | | | | | 142 | 2646 | 2775 | | | | 49674 | |

0025- 8406    UNITED EQUIPMENT RENTAL INC    PERIOD END DATE 06/08/03    CHECK DATE 06/12/03    RUN DATE 06/11/03

PAGE 13
09/27/2006 06:14
585-218-3018
):KYLE MAGNUSSON
SHANE BUILT    8/27/2006 1:28 PM    PAGE 13/015    COMPANY:United Equipment Rental    Paychex Inc
7324492090

0025- 8406 UNITED EQUIPMENT RENTAL INC

# PAYROLL ADJUSTMENT JOURNAL

PAGE 1

| EMP NBR | EMPLOYEE NAME | 2 GARN | 3 PAC OPER | 4 SAVIN OPER | 5 ASMT OPER | 6 CAFE | 7 MISC REIMB | 8 PAC OIL | 9 ASMT OIL | 10 SAV OIL | 11 PAC MECH | 12 ASMT MECH | 13 SAV MECH | 14 OTHER | 15 HLTH INS | 16 UNION | ADJUST MENTS | CHK NBR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **** | 000005 05 OPERATOR | | | | | | | | | | | | | | | | | |
| 000085 | CONLIN,J | | 168 | 5600 | 5522 | | | | | | | | | | | | 11290 | 2115 |
| 000063 | GRAHAM,C | | 105 | 3500 | 3451 | | | | | | | | | | | | 7056 | 2116 |
| 000087 | JONES,R | | 132 | 4400 | 4339 | | | | | | | | | | | | 8871 | 2117 |
| 000019 | UNSTOT,V | | | | | | | | | | 129 | 2395 | 2550 | | | | 5074 | 2118 |
| 000008 | WISE III,F | | 138 | 4600 | 4536 | | | | | | | | | | | | 9274 | 2119 |
| 000011 | ZAVADA,J | | 120 | 4000 | 3944 | | | | | | | | | | | | 8064 | 2120 |
| *** | PAYROLL TOTALS | GARN | PAC OPER | SAVIN OPER | ASMT OPER | CAFE | MISC REIMB | PAC OIL | ASMT OIL | SAV OIL | PAC MECH | ASMT MECH | SAV MECH | OTHER | HLTH INS | UNION | ADJUST MENTS | |
| * | | | 663 | 22100 | 21792 | | | | | | 129 | 2395 | 2550 | | | | 49629 | |

0025- 8406 UNITED EQUIPMENT RENTAL INC PERIOD END DATE 06/01/03 CHECK DATE 06/05/03 RUN DATE 06/04/03

