IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICHAEL ROBERTS | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| ALTAIR LINES, S.A. | : | NO.: 05-CV-0454 (GMS) |
| Defendant/Third-Party Plaintiff | : | |
| ACTIVE CRANE RENTALS, INC. | : | |
| Third-Party Defendant | : | |
| v. | : | |
| MURPHY MARINE SERVICES, INC. and MAGCO CRANE RENTALS | : | |
| Fourth-Party Defendants | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2006, I electronically filed Fourth-Party Defendant Magco Crane Rental, Inc's Response to Request for Production of Documents from Third Party Defendant Active Crane Rentals, Inc., using CM/ECF which will send notification of such filing to:

Peter E. Hess, Esquire
Law Offices of Peter E. Hess
Three Mill Road, Suite 303
Wilmington, DE 19806

Louis J. Rizzo, Jr., Esquire
Reger Rizzo Kavulich & Darnall, LLP
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801

Michael B. McCauley, Esquire
Palmer, Biezup & Henderson
1223 Foulk Road
Wilmington, DE 19803

Lynne M. Parker, Esquire
Hollstein Keating Cattell Johnson & Goldstein
1201 N. Orange Street, Suite 730
Wilmington, DE 19801

**SWARTZ CAMPBELL LLC**

*/s/ Nicholas E. Skiles*
Nicholas E. Skiles, Esq. (DE ID# 3777)
300 Delaware Avenue, Suite 1130
P.O. Box 330
Wilmington, DE 19899
(302) 656-5935
Attorney for Fourth Party Defendant Magco Crane