**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MICHAEL ROBERTS,<br>　　　　　Plaintiff,<br>　　v.<br>ALTAIR LINES, S.A.<br>　　Defendant, Third-Party Plaintiff,<br>　　v.<br>ACTIVE CRANE RENTALS, INC.<br>　　　　　Third-Party Defendant. | CIVIL ACTION<br><br>NO.: 05-CV-0454 (GMS) |

**NOTICE OF SERVICE**

　　The undersigned attorney hereby certifies that a true and correct copy of Defendant, Active Crane Rental's Answers To Magco Crane Rentals' Interrogatories was serviced upon all counsel by first class mail, postage prepaid, on the date set forth below:

Michael B. McCauley, Esquire
Richard Q. Whelan, Esquire
**Palmer, Biezup & Henderson, LLP**
1223 Foulk Road
Wilmington, DE 19803
**(Attorneys for Defendant/Third-Party Plaintiff Altair Lines, S.A.)**

Peter E. Hess, Esquire
**Law Offices of Peter E. Hess**
P.O. Box 7753
Wilmington, DE 19803
**(Attorneys for Plaintiff, Michael Roberts)**

Lynne M. Parker, Esquire
Hollstein, Keating, Cattell, Johnson & Goldstein, PC
1201 N. Orange Street, Suite 730
Wilmington, DE 19801
**(Attorney for Defendant, Murphy Marine Services, Inc.)**

Steven E. Leder, Esquire
Leder Law Group, LLC
502 Washington Avenue, Suite 101
Baltimore, MD 21204
**(Attorney for Defendant, Magco Crane Rentals, Inc.)**

REGER RIZZO KAVULICH & DARNALL LLP

BY:　　*/s/ Louis J. Rizzo, Jr., Esquire*
　　　　LOUIS J. RIZZO, JR., ESQUIRE
　　　　Delaware State Bar I.D. No. 3374
　　　　1001 Jefferson Plaza, Suite 202
　　　　Wilmington, DE  19801
　　　　(302) 652-3611
　　　　Attorney for Defendant
　　　　Active Crane Rentals, Inc.

Date: 11/6/06