## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICHAEL ROBERTS, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 05-cv-0454 (GMS) |
| ALTAIR LINES, S.A. | : | |
| Defendant/Third-Party Plaintiff, | : | |
| v. | : | |
| ACTIVE CRANE RENTALS, INC. | : | |
| Third-Party Defendant/Fourth-Party Plaintiff, | : | |
| v. | : | |
| MURPHY MARINE SERVICES, INC. and MAGCO CRANE RENTALS, | : | |
| Fourth-Party Defendants. | : | |

## NOTICE OF SERVICE

I hereby certify that on November 15, 2006, I served Fourth-Party Defendant Murphy Marine Services, Inc.'s Responses to Defendant Altair Lines, S.A.'s Requests for Admissions via facsimile and first class mail, postage prepaid on the following:

Peter E. Hess, Esquire
Law Office of Peter E. Hess
3307 Hermitage Road
Wilmington DE  19810

Francis J. Deasey, Esquire
Troy D. Sisum, Esquire
Deasey Mahoney & Bender Ltd.
1800 John F. Kennedy Blvd.
Suite 1300
Philadelphia, PA  19103

Louis J. Rizzo, Jr., Esquire
Reger Rizzo Kavulich & Darnall LLP
1001 Jefferson Plaza
Suite 202
Wilmington, DE  19801

Richard W. Whelan, Esquire
Palmer Biezup & Henderson LLP
956 Public Ledger Building
620 Chestnut Street
Philadelphia, PA  19106

{7576.00027:KJ0449}

| | |
|---|---|
| Michael B. McCauley, Esquire<br>Palmer Biezup & Henderson LLP<br>1223 Foulk Road<br>Wilmington, DE  19803 | Nicholas E. Skiles, Esquire<br>Swartz Campbell LLC<br>919 Market Street<br>P.O. Box 330<br>Wilmington, DE  19899 |
| Steven E. Leder, Esquire<br>The Leder Law Group, LLC<br>502 Washington Avenue<br>Suite 101<br>Baltimore, MD  21210 | Melodie M. Mabanta, Esquire<br>The Leder Law Group LLC<br>502 Washington Avenue<br>Suite 101<br>Baltimore, MD  21210 |

HOLLSTEIN KEATING CATTELL
JOHNSON & GOLDSTEIN P.C.


By:     /s/ Lynne M. Parker
     Lynne M. Parker, Bar ID No. 2811
     1201 N. Orange Street, Suite 730
     Wilmington, Delaware 19801
     (302) 884-6700
     lparker@hollsteinkeating.com
     Attorneys for Fourth Party Defendant
     Murphy Marine Services, Inc.