## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICHAEL ROBERTS, | : | |
| Plaintiff, | : : : | |
| v. | : : | Civil Action No. 05-454-GMS |
| M/V SHINANO REEFER, | : : | |
| Defendant. | : | |

## **ORDER**

At Wilmington this **16th** day of **November, 2006**,

IT IS ORDERED that the mediation conference scheduled for Friday, November 17, 2006 beginning at 10:00 a.m. is canceled.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE