IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MICHAEL ROBERTS
   *Plaintiff*

v.                                CIVIL ACTION NO. 05-454 -GMS

ALTAIR LINES S.A.
(referred to in Complaint
as M/V SHINANO REEFER *in personam*)
   *Defendant / Third-Party Plaintiff*

v.

ACTIVE CRANE RENTALS, INC.
   *Third Party Defendant/ Fourth
   Party Defendant*

v.

MURPHY MARINE SERVICES and
MAGCO CRANE RENTALS
   *Fourth Party Defendants*

### STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO A SETTLEMENT AGREEMENT BETWEEN THE PARTIES

Plaintiff Michael Roberts, Altair Lines S. A., Active Crane Rentals, Inc., Magco Crane, and Murphy Marine Services, Inc. by and through their undersigned attorneys hereby stipulate and agree that the captioned action is hereby DISMISSED WITH PREJUDICE pursuant to a settlement agreement between the parties.

PETER E. HESS ESQUIRE

By:_____/s/_____
   Peter E. Hess, Esq.
   Attorneys for Plaintiff Michael Roberts

PBH: 187533.1

PALMER BIEZUP & HENDERSON LLP

By: /s/
    Michael B. McCauley
    Attorneys for Defendant Altair Lines S.A.

| HOLLSTEIN, KEATING, CATTELL, JOHNSON & GOLDSTEIN, P.C. | REGER RIZZO KAVULICH & DARNELL, LLP |
|---|---|
| By: /s/<br>  Lynne M. Parker<br>  Attorneys for Fourth Party Defendant<br>  Murphy Marine Services, Inc. | By: /s/<br>  Louis J. Rizzo, Jr.<br>  Attorneys for Third Party Defendant<br>  Active Crane Rentals, Inc. |

SWARTZ CAMPBELL LLC

By: /s/
    Nicholas E. Skiles
    Attorneys for Fourth Party Defendant
    Magco Crane

Dated: January 3, 2007

APPROVED BY THE COURT:

_____ J.

PBH: 187533.1