IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MICHAEL ROBERTS
    *Plaintiff*

v.

ALTAIR LINES S.A.
(referred to in Complaint
as M/V SHINANO REEFER *in personam*)
    *Defendant / Third-Party Plaintiff*

v.

ACTIVE CRANE RENTALS, INC.
    *Third Party Defendant/ Fourth
    Party Defendant*

v.

MURPHY MARINE SERVICES and
    MAGCO CRANE RENTALS
    *Fourth Party Defendants*

CIVIL ACTION NO. 05-454 -GMS

## STIPULATION AND AGREEMENT DISMISSING WITH PREJUDICE AND RELEASING ALL CLAIMS BY AND BETWEEN ALTAIR LINES S. A., ACTIVE CRANE RENTALS, INC., MAGCO CRANE, AND MURPHY MARINE SERVICES, INC

    Altair Lines S. A., Active Crane Rentals, Inc., Magco Crane, and Murphy Marine Services, Inc. by and through their undersigned attorneys hereby stipulate and agree to the following:

    1.    On November 17, 2006 the parties to the captioned lawsuit reached a global settlement whereby the plaintiff Michael Roberts agreed to dismiss his Complaint with prejudice in exchange for certain consideration and the remaining parties, Altair Lines S. A., Active Crane Rentals, Inc., Magco Crane, and Murphy Marine Services, Inc. agreed to dismiss all claims by

PBH: 187014.1

and between each other so that the entire case, including all cross-claims, counterclaims, third-party complaints, and fourth party complaints, would be dismissed with prejudice.

2. All claims by and between Altair Lines S. A., Active Crane Rentals, Inc., Magco Crane, and Murphy Marine Services, Inc., including, but not limited to all cross-claims, counterclaims, third-party complaints, and fourth party complaints, are hereby dismissed with prejudice.

3. Altair Lines S. A., Active Crane Rentals, Inc., Magco Crane, and Murphy Marine Services, Inc., in exchange for the consideration of the dismissal with prejudice of all claims brought by and between each other in the captioned lawsuit, do hereby fully and finally release, remise and forever discharge each other from all claims brought by and between each other in the captioned lawsuit including, but not limited to all cross-claims, counterclaims, third-party complaints, and fourth party complaints.

4. The undersigned counsel for Altair Lines S. A., Active Crane Rentals, Inc., Magco Crane, and Murphy Marine Services, Inc. have received full and complete authority from their respective clients to enter into the within Stipulation and Agreement.

PALMER BIEZUP & HENDERSON LLP

By:_____/s/_____
    Michael B. McCauley
    Attorneys for Defendant Altair Lines S.A.

PBH: 187014.1

| | |
|---|---|
| HOLLSTEIN, KEATING, CATTELL, JOHNSON & GOLDSTEIN, P.C. | REGER RIZZO KAVULICH & DARNELL, LLP |
| By: /s/<br>   Lynne M. Parker<br>   Attorneys for Fourth Party Defendant<br>   Murphy Marine Services, Inc. | By: /s/<br>   Louis J. Rizzo, Jr.<br>   Attorneys for Third Party Defendant<br>   Active Crane Rentals, Inc. |

SWARTZ CAMPBELL LLC

By: /s/
   Nicholas E. Skiles
   Attorneys for Fourth Party Defendant
   Magco Crane

Dated : January 3, 2007

                      APPROVED BY THE COURT:

                      _____
                                                 J.